UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Chung Ming Ma,

              Petitioner.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/19/2022_

22 Misc. 207 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 1, 2022, Petitioner filed a petition to change her birth date on her certificate of naturalization.  *See* Petition, ECF No. 1.  The United States Citizenship and Immigration Services agency (the "USCIS") must authorize the Court to make the requested change.  8 CFR 338.5(b).  Accordingly, by **August 26, 2022**, Petitioner shall serve the petition on the USCIS.  By **August 31, 2022**, Petitioner shall file proof of service on the docket.

    SO ORDERED.

Dated: August 19, 2022
       New York, New York

                                              ANALISA TORRES
                                   United States District Judge